| PROB 35 | Report and Order Terminating Probation/Supervised |
| --- | --- |
| (Rev. 1/92) | Release Prior to Original Expiration Date |

**United States District Court**

**FOR THE**

**District of Nebraska**

FILED
U.S. DISTRICT
DISTRICT OF NEBRASKA

07 JUN 22 AM 10: 12

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.                                                                 Crim. No.   ~~8:91CR38~~

Martin L. Lewis

On __October 8, 2003__ the above named was placed on Supervised Release for a period of __5__ years. Martin L. Lewis has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_David E. Goering_
Supervisor, U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that Martin L. Lewis be discharged from supervision and that the proceedings in the case be terminated.

Dated this __22__ day of __June__, 20__07__.

_Lyle E. Strom_
United States Senior District Judge

PDF created with pdfFactory trial version www.pdffactory.com